UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 97-519-CR-UNGARO

UNITED STATES OF AMERICA,
    Plaintiff,
v.

KEVIN SMITH,
    Defendant.
_____/

ORDER REQUIRING RESPONSE

This CAUSE is before the Court upon Defendant's Motion For Reduction of Sentence pursuant to 18 U.S.C. § 3582(c)(2) based on the United States Sentencing Commission's 2007 crack cocaine guideline amendment. The Court, having considered the Motion and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the Government shall have fifteen (15) days hereof to file a response to Defendant's motion.

DONE AND ORDERED in Chambers at Miami, Florida, this 17th day of April, 2008.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies to:
All counsel of record:
Kevin Smith, *pro se*
R. Alexander Acosta
   United States Attorney
U.S. Probation Office