UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 97-519-CR-UU

UNITED STATES OF AMERICA,

vs.

KEVIN SMITH

   Defendant.
_____/

## ORDER GRANTING GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE

THIS CAUSE is before the Court upon Government's Motion for Extension of Time to Respond to Defendant's *pro se* Motion for Reduction of Sentence Pursuant to § 3582(C)(2).

Upon review of the above-mentioned motion and the Court being otherwise fully advised, it is ORDERED and ADJUDGED that the United States shall be GRANTED an additional fourteen (14) days from the date of this Order to file a response to defendant's motion.

DONE and ORDERED in chambers at ~~the James Lawrence King Federal Justice Building and United States Courthouse~~, Miami, Florida, this 5 day of **May, 2008.**

URSULA UNGARO
U.S. DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF FLORIDA